

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**NICOLETTE PELLEGRINO**
*Assistant Corporation Counsel*
Phone: (212) 356-2338
Fax: (212) 356-3509
Email: npellegr@law.nyc.gov

September 20, 2023

VIA E.C.F.
Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 11201

   Re: Andrew Moss v. the City of New York, et al.,
     23 Civ. 01632

Your Honor:

   I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney representing defendants the City of New York and Doctor Achim Huggins (collectively, "Defendants") in the above referenced matter. Defendants write to respectfully request – with Plaintiff's consent – a brief adjournment of the October 13, 2023 Initial Pretrial Conference to either October 19 or 23, 2023.

   This is the Defendants' first request for an adjournment of the Initial Pretrial Conference.

   By way of relevant background, on September 13, 2023, the Court scheduled an Initial Pretrial Conference for October 13, 2023, at 10 a.m. (See Dkt. No. 23.)

   However, the undersigned will be out of the office and unavailable on October 13, 2023, and, thus, is unable to participate in a court conference on that date. The undersigned has conferred with Plaintiff's counsel and the parties are mutually available on October 19 or 23, 2023.

   Accordingly, the Defendants respectfully request – with Plaintiff's consent – a brief adjournment of the October 13, 2023 Initial Pretrial Conference to October 19 or 23, 2023.

   The Defendants thank the Court for its consideration.

Respectfully submitted,

/s/    *Nicolette Pellegrino*

Nicolette Pellegrino
*Assistant Corporation Counsel*
Special Federal Litigation Division

CC:   VIA E.C.F.
Sara Wolkensdorfer, Esq.
*Attorney for Plaintiff*

Due to an upcoming trial, the Court is unavailable from October 16 to October 27.  The Court therefore reschedules the IPTC to **November 2 at 12:30 p.m.**, with pre-IPTC documents to be due by **October 30**.  If either party is unavailable on November 2, they are welcome to inform the Court by letter and propose three new dates amenable to both parties.

SO ORDERED.

Dated: September 21, 2023          PAUL A. ENGELMAYER
New York, New York          United States District Judge

2