UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREW MOSS,

        Plaintiff,

-against-

THE CITY OF NEW YORK, CORRECTION OFFICER ASHLEY LEWIS, CAPTAIN OMAR SMITH, ACHIM HUGGINS, OFFICER DOES NOS. 1-10, DOCTOR DOE 1, and NURSE DOE 1,

        Defendants.

Index No.: 23-cv-1632

ORDER

---

TO:    Department of Corrections and Community Supervision (DOCCS)
        1220 Washington Ave
        Harriman State Campus
        Albany, NY 12226

**WHEREAS**, Andrew Moss is the Plaintiff in the above-captioned action against the City of New York and various Individual Defendants related to his time in custody at Rikers Island; and,

**WHEREAS**, Andrew Moss, DIN 22R2288 is currently incarcerated at Washington Correctional Facility and under the custody and control of DOCCS; and,

**WHEREAS**, Plaintiff's attorneys have been unable to schedule a legal call with Plaintiff through the normal DOCCS procedures; and,

**WHEREAS**, Plaintiff's attorneys have reason to believe that Plaintiff has not received his legal mail, which includes documents necessary for Plaintiff to sign and/or review as part of discovery in the above-captioned action; and,

**WHEREAS,** Plaintiff's ability to communicate with his legal counsel via telephone and mail are essential to his participation in discovery in the above-captioned action;

**IT IS HEREBY ORDERED** that DOCCS facilitate a legal telephone call between Andrew Moss, DIN 22R2288, the Plaintiff in the above-captioned action, and his attorneys at Rickner PLLC within seven (7) calendar days of the date of this Order.

**IT IS FURTHER ORDERED** that DOCCS ensure that Plaintiff receives all legal mail sent to him by his attorneys at Rickner PLLC.

SO ORDERED:

*Paul A. Engelmayer*

HON. PAUL A. ENGELMAYER
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007-1312

Dated: February 16, 2024
New York, New York