UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANDREW MOSS,

                      Plaintiff,        **ORDER**

            -against-

                                                    23 Civ. 1632 (PAE)

THE CITY OF NEW YORK, CORRECTION
OFFICER ASHLEY LEWIS, CAPTAIN OMAR
SMITH, ACHIM HUGGINS, OFFICER DOES
NOS. 1-10, DOCTOR DOE 1, and NURSE DOE
1,

                      Defendants.

------------------------------------------------------------X

**Honorable Paul A. Engelmayer, United States District Judge**

      Upon the application of the defendants for leave to take the deposition of plaintiff Andrew Moss, an inmate, and the Court having granted leave for the taking of plaintiff Andrew Moss's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

      **IT IS HEREBY ORDERED** that the Warden or other official in charge of Clinton Correctional Facility, located in Dannemora, New York, produce inmate Andrew Moss, DIN No. 22R2288, within the facility for the taking of his deposition by video conference on **June 6, 2024, commencing at 10:00 a.m.**, and for so long thereafter as the deposition continues;

      **IT IS FURTHER ORDERED** that Plaintiff Andrew Moss appear in such place as designated by the Warden or other official in charge of Clinton Correctional Facility so that his deposition may be taken; and

      **IT IS FURTHER ORDERED** that also present at the deposition will be a court reporter to be designated by defendants as well as the attorney for defendants.

Dated: May 29, 2024
       New York, New York

SO ORDERED,

*Paul A. Engelmayer*

HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE