UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Andrew Moss,

                Plaintiff,

    - against -

City of New York, et al.

                Defendants.
-----------------------------------------------------------X

23-cv-1632 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    A settlement conference before Judge Robert W. Lehrburger is hereby re-scheduled for **December 11, 2024, at 10:00 a.m.** The conference will be conducted via Microsoft Teams. A link will be emailed to the parties, one week prior to the conference. Plaintiff counsel is directed to serve this order on the warden at the facility, so plaintiff Andrew Moss may participate for the entire duration of the settlement conference.

    The parties are instructed to review and adhere to Judge Lehrburger's individual Settlement Conference Procedures. The parties are further instructed to submit their pre-conference submissions, along with their Attendance Acknowledgment Form (available in pdf fillable format as attachment to the Settlement Conference Procedures) no later than **December 4, 2024, by 5:00 pm**.

                                            SO ORDERED.

                                            _____
                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

Dated:  November 19, 2024
New York, New York

Copies transmitted this date to all counsel of record.