UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW MOSS,

                Plaintiff,

-against-

THE CITY OF NEW YORK, ET AL.,

                Defendants.

Index No.: 23-cv-1632

**NOTICE AND ORDER TO PRODUCE**

TO:   Clinton Correctional Facility
        Attn: Superintendent
        1156 Cook Street
        Dannemora, NY 12929

**PLEASE TAKE NOTICE** that a settlement conference in the above-captioned matter has been scheduled to take place on December 11, 2024 at 10:00 a.m. in front of the Hon. Robert W. Lehrburger, Magistrate Judge of the Federal District Court for the Southern District of New York.

The Department of Corrections and Community Supervision shall produce Plaintiff Andrew Moss, DIN 22R2288 for this remote appearance, which will be held over Microsoft Teams. The information to connect Mr. Moss to this remote conference will be provided to ClintonLegalCallRequests@doccs.ny.gov at least one business day prior to the conference.

**SO ORDERED:**

November 20, 2024

_____
Hon. Robert W. Lehrburger
U.S. Magistrate Judge

1